## ROGERS and TALLMAN V. CUMMINGS.

1. DISCRETION. Motions to set aside defaults are addressed to the discretion of the court; and the exercise of that discretion will not be interfered with unless an abuse of it is made manifest.

### Appeal from Dubuque City Court.

### MONDAY, APRIL 15.

TRESPASS for seizing and selling goods which did not belong to the defendant in the execution. Judgment by default against defendant, who, two days thereafter, moved the court to set aside said default, which motion was based upon several affidavits showing a meritorious defense, and what was claimed to be a reasonable excuse for having made such default. Motion sustained and default set aside. Plaintiffs excepted, and upon this exception alone the cases comes into this court.

*Griffith & Knight* for the appellant.

*O'Niel & Harvey* for the appellee.

LOWE, C. J.—Applications of this kind are so entirely addressed to the favor and discretion of the court that unless it is clear and manifest, from the circumstances developed, that the court has abused this discretion we should not disturb such ruling. When all the facts brought to light in the four affidavits made in support of the motion are duly considered we are by no means satisfied that the court abused its discretion.

Judgment affirmed.